In the Matter of ROBERT COLEGROVE, Appellant, against DEPARTMENT OF PUBLIC WORKS OF STATE OF NEW YORK et al., Respondents.

Submitted November 17, 1952; decided November 25, 1952.

*Nathaniel L. Goldstein, Attorney-General (George H. Rothlauf* of counsel), for motion.

*Wilbur F. Knapp* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no constitutional question is presented.  [See 304 N. Y. 948.]